1100

MILLENNIUM HOLDINGS LLC, Plaintiff, THE NORTHERN ASSURANCE COMPANY OF AMERICA, Appellant, and CERTAIN UNDERWRITERS AT LLOYD'S et al., Intervenors-Appellants, v THE GLIDDEN COMPANY, Now Known as AKZO NOBEL PAINTS, et al., Respondents.

Submitted January 11, 2016; decided January 14, 2016

Motion by Complex Insurance Claims Litigation Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE DIVERSIFIED GROUP, INC., et al., Appellants, v MARCUM & KLIEGMAN LLP et al., Respondents.

Submitted November 30, 2015; decided January 14, 2016

Motion to substitute the personal representative of the estate of Gerald Cohen for deceased defendant Gerald Cohen denied without prejudice to renewal upon proof of service of the motion in compliance with CPLR article 3 (*see generally Matter of Einstoss*, 26 NY2d 181, 190-191 [1970]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ANDUJAR, Appellant.

Submitted January 11, 2016; decided January 14, 2016

Motion for assignment of counsel granted and Seymour W. James, Jr., Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.